# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas ☑

United States Courts
Southern District of Texas
FILED

*July 02, 2025*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>Andys Luis Alvarez Herrera | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   4:25-mj-0400 |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Andys Luis Alvarez Herrera                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Title 21 United States Code, Section 846

Date:     06/29/2025

City and state:    Houston, Texas

_____
*Issuing officer's signature*

Peter Bray, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/29/25 , and the person was arrested on *(date)* 06/29/25
at *(city and state)*    Houston, TX          .

Date: 06/30/25

_____
*Arresting officer's signature*

V. Heinrich, DUSM
*Printed name and title*